## JOHN McDONELL *versus* GEORGE SMART AND ROBERT SMART

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Motion to quash capias overruled *p. 475; (2) rule to declare and to plead *p. 485. *Journal 4:* (3) Continued MS p. 43; (4) discontinued, judgment for costs MS p. 62.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) bail piece; (5) motion to quash capias; (6) declaration; (7) plea of non assumpsit; (8) discontinuance.

*1824–36 Calendar*, MS p. 54.

## JOSIAH BECKLEY *versus* STEPHEN MACK, RICHARD SMYTH AND DAVID C. McKINSTRY

JOURNAL ENTRIES (1824–27): *Journal 3:* (1) Motion to appear and go without bail overruled *p. 475; (2) recognizance taken *p. 476; (3) rule to declare and to plead *p. 485. *Journal 4:* (4) Continued MS p. 12; (5) issue ordered sent to circuit court for trial MS p. 44; (6) issue ordered sent to circuit court for trial MS p. 121; (7) stricken from docket MS p. 142.

PAPERS IN FILE: (1) Precipe for capias and order for bail; (2) affidavit for bail; (3) capias and return; (4) recognizance; (5) bail piece; (6) declaration; (7) stipulation extending time to plead; (8) plea of not guilty; (9–10) precipes for subpoenas; (11) subpoena; (12) precipe for transcript; (13) precipe to clerk of circuit court for subpoena; (14) circuit court subpoena; (15) transcript of pleadings and of order sending issues to circuit court for trial; (16) receipt for transcript; (17) grounds for continuance; (18) affidavit for continuance; (19) transcript of pleadings and of order sending issues to circuit court for trial; (20) circuit court subpoena; (21) discontinuance.

*1824–36 Calendar*, MS p. 48.